J. Vincent O'Shea, Respondent, *v*. Fort Neck Construction Company, Inc., et al., Appellants, et al., Defendants.

Submitted April 11, 1955; decided April 14, 1955.

*Julius M. Gerzof* for motion.
*Lester B. Lipkind* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.